**UNITED STATES DISTRICT COURT**   JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 20-01031-DOC-(ADSx)                              Date:   September 11, 2020

Title: KENNETH DAVIDSON v. SAVINGS MOR DISCOUNT THRIFT STORE, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER FOR SANCTIONS**

Per the Court's Order re: Prosecution of Certain Cases Under the Americans with Disabilities Act ("Order") (Dkt. 9), "a request for default must be filed no later than **five days after the time the response to the complaint would have been due**." Order at 2. "The failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." *Id.* In this case, Plaintiff served Defendant on July 13, 2020 (Dkt. 10); Defendant's answer was therefore due on or before August 3, 2020. As Defendant has not responded to the Complaint, Plaintiff's request for default should have been filed on or before August 8, 2020. As of September 11, 2020, Plaintiff has not filed a request for default. The Court thus SANCTIONS Plaintiff in the amount of $300, payable in accordance with the Order, and DISMISSES this action for lack of prosecution.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                           Initials of Deputy Clerk: kd

CIVIL-GEN